COPY   FILED

2014 APR -9  PM 1:40

CLERK... ... ... COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Nathaniel L. Dilger (Bar No. 196203)
    ndilger@onellp.com
Joseph K. Liu (Bar No. 216227)
    jliu@onellp.com
John Tehranian (Bar No. 211616)
    jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Cassandra L. Wilkinson (OBA #20368) (*pro hac vice*)
    cwilkinson@hjklaw.com
Mark G. Kachigian (OBA #4852) (*pro hac vice*)
    mkachigian@hjklaw.com
Shawn M. Dellegar (OBA #20973) (*pro hac vice*)
    sdellegar@hjklaw.com
Erin E. Stewart (OBA # 31722) (*pro hac vice*)
    estewart@hjklaw.com
**HEAD, JOHNSON & KACHIGIAN, P.C.**
228 West 17th Place
Tulsa, Oklahoma  74119
Telephone:  (918) 587-2000
Facsimile :   (918) 584-1718

*Attorneys for Plaintiff,*
*Bergan, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

CV14-2697 MWF SHx

| | |
|---|---|
| BERGAN, LLC, an Oklahoma Limited Liability Company, | Case No.: |
| Plaintiff, | **COMPLAINT FOR** |
| v. | 1)   **PATENT INFRINGEMENT** |
| | 2)   **UNFAIR COMPETITION** |
| OXGORD, INC., a California Corporation, | 3)   **CALIFORNIA DILUTION** |
| | 4)   **TRADEMARK INFRINGEMENT** |
| Defendant. | 5)   **UNFAIR BUSINESS PRACTICES** |
| | **DEMAND FOR JURY TRIAL** |

---

**COMPLAINT**

## COMPLAINT

Plaintiff Bergan, LLC ("Bergan"), by and through its undersigned attorneys, bring this action against OxGord Inc. ("OxGord") for patent infringement of U.S. Patent No. D575,461 in violation of the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*, for unfair competition through use of the trademark COMFORT CARRIER in violation of the Lanham Act, 15 U.S.C. §§ 1051-1127, and for dilution, trademark infringement, and unfair business practices in violation of California law.

## PARTIES

1.      Plaintiff Bergan is a limited liability company organized under the laws of the State of Oklahoma and has its principal place of business in Monkey Island, Oklahoma.

2.      Upon information and belief, Defendant OxGord is a California corporation.  The California Secretary of State lists the OxGord address as 1118 Glenville Drive, Los Angeles, California 90035, while the OxGord website, www.oxgord.com, lists the OxGord address as 1820 East 48th Place, Unit A, Vernon, California 90058-1946.

## JURISDICTION AND VENUE

3.      This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.      This Court has personal jurisdiction over Defendant OxGord because, among other things, it is believed that OxGord is located in and has physically conducted and continues to physically conduct business in the State of California and in this judicial district.

5.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1400(b).

## BACKGROUND

6.      On August 19, 2008, United States Patent No. D575,461 ("the '461 patent"), entitled "Pet Carrier," was duly and legally issued by the United States Patent and Trademark Office, a copy of which is attached hereto as **Exhibit A**.  The '461 patent names Rachel E. Cannon and Tibor Siklosi as its inventors and Bergan as its assignee.  Accordingly, Bergan may enforce that patent.

7.     The '461 patent includes is a design patent claiming the ornamental design for a pet carrier, as shown and described.

8.     Bergan sells the pet carrier shown in the '461 patent under the trademark COMFORT CARRIER, as shown in a printout from its website, www.bergandirectdelivery.com, attached hereto as **Exhibit B**.   Bergan sells the COMFORT CARRIER pet carrier specifically in California.

9.     On information and belief, Defendant OxGord manufactures and distributes a pet carrier called "Oxgord Comfort Carrier Soft-Sided Pet Carrier," as shown in the printout from Amazon.com attached as **Exhibit C**.

10.    The OxGord pet carrier infringes the '461 patent.

11.    OxGord's use of the COMFORT CARRIER mark infringes Bergan's common law trademark rights, as well as other rights under federal and California law.

12.    Plaintiff Bergan has placed the required statutory notice under 35 U.S.C. §287 on products and on literature describing the '461 patent.

**FIRST CAUSE OF ACTION:  INFRINGEMENT OF THE '461 PATENT**

13.    Bergan repeats and realleges the allegations of the paragraphs above as though fully set forth herein.

14.    Defendant OxGord has been and is directly infringing, actively inducing others to infringe, and/or contributing to the infringement of the '461 patent by making, using, offering for sale, selling, and/or otherwise distributing pet carriers as shown in the '461 patent in violation of 35 U.S.C. § 271.  These activities have been done with OxGord's full knowledge of the '461 patent and that its activities were an infringement of the '461 patent. In particular, as noted above, Plaintiff Bergan has placed the required statutory notice under 35 U.S.C. §287 on products and on literature describing the '461 patent, and – on information and belief – Defendant OxGord is thus well aware of the '461 patent and the rights granted Bergan thereunder.

**COMPLAINT**

15.     Defendant OxGord's infringement has injured or will injure Bergan and Bergan is entitled to recover damages adequate to compensate it for Defendant's infringement, which in no event can be less than a reasonably royalty.

16.     Defendant OxGord's infringement has been deliberate, willful, intentional, and with full knowledge of the existence of the '461 patent.

17.     Defendants OxGord's infringement has caused or will cause Bergan substantial damage and irreparable injury by its infringement of the '461 patent, and Bergan will continue to suffer damage and irreparable injury unless and until Defendant is enjoined by this Court from continuing their infringement.

18.     Bergan is entitled to injunctive relief and compensatory relief, including attorneys' fees and costs, as well as enhanced damages pursuant to 35 U.S.C. §§ 271, 281, and 283-85.

## SECOND CAUSE OF ACTION: UNFAIR COMPETITION

19.     Bergan repeats and realleges the allegations of the paragraphs above as though fully set forth herein.

20.     Bergan has protectable rights in the COMFORT CARRIER mark which have been and continue to be violated by OxGord.

21.     OxGord's use of the COMFORT CARRIER mark in interstate commerce has caused and is likely to further cause confusion, mistake, or deception as to the source or origin of Defendant's pet carrier and/or will result in the belief that Defendant's pet carrier is provided by, sponsored by, approved by, licensed by, or affiliated with or in some other way legitimately connected with Plaintiff Bergan, all to Plaintiff's irreparable harm and in violation of 15 U.S.C. § 1125(a).

22.     The use by OxGord of the COMFORT CARRIER mark or any colorable imitation knowingly infringes and interferes with and will continue to interfere with Bergan's ability to use, enjoy, and create further goodwill under the mark.

23.     OxGord's use of the COMFORT CARRIER mark is likely to result in the dilution of the exclusive rights which Plaintiff Bergan now enjoys in connection with its mark.

24.     OxGord's infringement is intentional, willful, and deliberate and constitutes a willful violation of 15 U.S.C. § 1125(a) and renders this case exceptional, entitling Bergan to an award of its attorney fees pursuant to 15 U.S.C. § 1117.

25.     The goodwill of Bergan's business activities under the COMFORT CARRIER mark is of enormous value and Bergan has an inadequate remedy at law and will suffer irreparable harm should the infringement not be enjoined pursuant to 15 U.S.C. § 1116.

### THIRD CAUSE OF ACTION: DILUTION UNDER CALIFORNIA LAW

26.     Bergan repeats and realleges the allegations of the paragraphs above as though fully set forth herein.

27.     Bergan has developed substantial California common law rights in and to the mark COMFORT CARRIER.

28.     Bergan is likely to suffer injury to business reputation or of dilution of the distinctive quality of its COMFORT CARRIER mark due to OxGord's use thereof.

29.     Bergan is entitled to injunctive relief pursuant to California's anti-dilution statute, Bus. & Prof. Code § 14330.

### FOURTH CAUSE OF ACTION:
### CALIFORNIA COMMON LAW TRADEMARK INFRINGEMENT

30.     Bergan repeats and realleges the allegations of the paragraphs above as though fully set forth herein.

31.     By its acts, OxGord has infringed Bergan's trademark by using a confusingly similar mark in commerce in the state of California in a way that is likely to cause confusion as to Bergan's association, affiliation, sponsorship, or endorsement of OxGord and its products.

32.     As a direct and proximate result of OxGord's California state common law infringement, Bergan has suffered and will continue to suffer loss of income, profits, and goodwill, and OxGord has been and will continue to be unjustly enriched by acquiring income, profits, and goodwill to which it is not entitled.

33.     Unless restrained, OxGord will continue the acts and conduct set forth in this cause of action, to Bergan's great and irreparable injury, for which damages will not afford adequate relief.  Bergan is therefore entitled to an injunction ordering OxGord to cease and desist its infringing conduct.

34.     OxGord committed its wrongful acts willfully after actual and constructive notice of Bergan's rights.  OxGord's conduct therefore justifies an award of exemplary damages.

## FIFTH CAUSE OF ACTION:

## UNFAIR BUSINESS PRACTICES UNDER CALIFORNIA LAW

35.     Bergan repeats and realleges the allegations of paragraphs 1 through 35 as though fully set forth herein.

36.     OxGord's producing, marketing, selling, and offering for sale products bearing the COMFORT CARRIER mark constitute unlawful, unfair, or fraudulent business acts or practices within the meaning of California Business and Professions Code section 17200, in that they (1) infringe Bergan's rights in the COMFORT CARRIER trademark by using a confusingly similar mark on its own products in a manner that is likely to cause confusion to the general public as to the source of OxGord's products; (2) are a form of "passing off;" and (3) create reverse confusion to capitalize on Bergan's reputation for quality and goodwill associated with the COMFORT CARRIER trademark and brand.

37.     Bergan has suffered injury in fact and has lost money or property as a result of OxGord's unfair competition in the form of damage to its goodwill, lost sales, and other actual damages.

38.     The harm to Bergan and to members of the general public outweighs the utility of OxGord's business practices.

39.     The unlawful, unfair, and fraudulent business practices of OxGord, as described in this Complaint, present a continuing threat to members of the public in that they are likely to cause confusion as to the source of OxGord's products in that the general public is likely

1   to believe that OxGord's products originate from, or are affiliated or associate with,

2   Bergan, or are otherwise sponsored or endorsed by Bergan.

3   40.    As a direct and proximate result of OxGord's wrongful acts as alleged in this

4   Complaint, OxGord obtained unlawful profits to the detriment of Bergan.

5   41.    Unless restrained, OxGord will continue the acts and conduct set forth in this cause

6   of action, to Bergan's great and irreparable injury, for which damages will not afford

7   adequate relief.    Bergan is therefore entitled to an injunction prohibiting OxGord's

8   wrongful acts.

9   42.    OxGord committed the wrongful acts willfully, intending to gain business and a

10  share of the market at the expense of Bergan's profits and market share while creating

11  customer confusion regarding the source of goods bearing the COMFORT CARRIER

12  mark.  OxGord's conduct justifies an award of exemplary damages.

13  43.    Upon proof, Bergan is entitled to recover its costs, including attorneys' fees, under

14  California Code of Civil Procedure Section 1021.5.

15  ## PRAYER FOR RELIEF

16      WHEREFORE, Plaintiff Bergan, LLC respectfully requests that this Court enter

17  Judgment in favor of Bergan, LLC against the Defendant OxGord Inc. and grant to Bergan,

18  LLC all of the following relief:

19      A.    Enter judgment that Defendant OxGord Inc. has infringed and is infringing the

20  '461 patent;

21      B.    Enter judgment that the aforementioned infringement by Defendant OxGord

22  Inc. has been and is willful;

23      C.    Enter an order permanently enjoining Defendant OxGord Inc. and its officers,

24  agents, employees, and all others in active concert or participation with Defendant or any of

25  them from further infringing, whether directly or indirectly, the '461 patent;

26      D.    Award Bergan, LLC its damages in an amount sufficient to compensate

27  Bergan, LLC for Defendant OxGord Inc.'s infringement of the '461 patent, together with

28  pre-judgment and post-judgment interest and costs, pursuant to 35 U.S.C. § 284;

E.     Award enhanced damages to Bergan, LLC in an amount not less than three times the compensatory damages awarded by this Court for Defendant OxGord Inc.'s willful infringement of the '461 patent, pursuant to 35 U.S.C. § 284;

F.     Declare this case to be "exceptional" under 35 U.S.C. § 285, and award Bergan, LLC its attorneys' fees, expenses, and costs incurred in this action;

G.     Enter judgment that Defendant OxGord Inc. has infringed and is infringing the COMFORT CARRIER mark;

H.     Enter judgment that Defendant OxGord Inc. has violated the federal unfair competition law and California dilution and unfair business practice laws;

I.     Enter judgment that the aforementioned infringement, unfair completion, dilution, and/or unfair business practices by Defendant OxGord Inc. has been and is willful;

J.     Award Bergan, LLC actual general and compensatory damages and royalties for such infringement, unfair completion, dilution, and/or unfair business practices by Defendant OxGord Inc., together with pre- and post-judgment interest as permitted by law;

K.     Award Bergan, LLC its reasonable attorneys' fees and costs of suit for such infringement, unfair completion, dilution, and/or unfair business practices by Defendant OxGord Inc.;

L.     Award Bergan, LLC temporary and permanent injunctive relief enjoining OxGord Inc., causing it cease and desist from using any trademark that is similar to Bergan, LLC's trademark, enjoining OxGord Inc. from applying to register any trademark that is similar to Bergan, LLC's trademark, ordering OxGord Inc. to deliver up for destruction all products bearing any trademarks that are similar to Bergan, LLC's trademarks, and ordering OxGord, Inc. to engage in corrective advertising to restore, to the fullest extent possible, the value of Bergan, LLC's mark;

M.     Award Bergan, LLC restitution and disgorgement of OxGord Inc.'s profits obtained through unjust enrichment;

N.     Award Bergan, LLC punitive or exemplary damages, including by not limited to treble damages as a result of OxGord Inc.'s willful infringement; and

**COMPLAINT**

1    O.    Award Bergan, LLC such other and further relief as this Court deems just and

2  proper.

3

4  Date: April 9, 2014

5                                          By: _/s/ Nathaniel L. Dilger_____

6                                              Nathaniel L. Dilger
                                               ndilger@onellp.com
7                                              One LLP
                                               4000 MacArthur Blvd.
8                                              East Tower, Suite 500
9                                              Newport Beach, CA 92660
                                               Telephone:  (949) 502-2870
10                                             Facsimile:    (949) 258-5081

11
                                               Cassandra L. Wilkinson  (*pro hac vice*)
12                                             cwilkinson@hjklaw.com
13                                             Mark G. Kachigian  (*pro hac vice*)
                                               mkachigian@hjklaw.com
14                                             Shawn M. Dellegar  (*pro hac vice*)
15                                             sdellegar@hjklaw.com
                                               Erin E. Stewart  (*pro hac vice*)
16                                             estewart@hjklaw.com
17                                             HEAD, JOHNSON & KACHIGIAN, P.C.
                                               228 West 17th Place
18                                             Tulsa, Oklahoma  74119
19                                             Telephone:    (918) 587-2000
                                               Facsimile :    (918) 584-1718
20

21                                             *Attorneys for Plaintiff,*
22                                             *Bergan, LLC*

23

24

25

26

27

28

# **DEMAND FOR JURY TRIAL**

Plaintiff Bergan, LLC hereby demand trial by jury of all issues so triable under the law.


Date: April 9, 2014

By:  _/s/_ Nathaniel L. Dilger
        Nathaniel L. Dilger
        ndilger@onellp.om
        One LLP
        4000 MacArthur Blvd.
        East Tower, Suite 500
        Newport Beach, CA 92660
        Telephone:  (949) 502-2870
        Facsimile:   (949) 258-5081

        Cassandra L. Wilkinson  (_pro hac vice_)
        cwilkinson@hjklaw.com
        Mark G. Kachigian  (_pro hac vice_)
        mkachigian@hjklaw.com
        Shawn M. Dellegar  (_pro hac vice_)
        sdellegar@hjklaw.com
        Erin E. Stewart  (_pro hac vice_)
        estewart@hjklaw.com
        HEAD, JOHNSON & KACHIGIAN, P.C.
        228 West 17th Place
        Tulsa, Oklahoma  74119
        Telephone:   (918) 587-2000
        Facsimile :   (918) 584-1718

        _Attorneys for Plaintiff,_
        _Bergan, LLC_

**COMPLAINT**

# EXHIBIT A

US00D575461S

(12) **United States Design Patent** (10) Patent No.: **US D575,461 S**

Cannon et al. (45) Date of Patent: ** Aug. 19, 2008

(54) **PET CARRIER**

(75) Inventors: **Rachel E. Cannon**, Miami, OK (US); **Tibor Siklosi**, Joplin, MO (US)

(73) Assignee: **Bergan LLC**, Monkey Island, OK (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/277,830**

(22) Filed: **Mar. 9, 2007**

(51) **LOC (8) Cl.** .................................................. **30-02**
(52) **U.S. Cl.** ...................................... **D30/109**; D3/273
(58) **Field of Classification Search** ........ D30/108–111, D30/112–18, 161; 119/161, 163–169, 452–456, 119/459, 461, 472, 474–475, 482, 484–485, 119/489, 496, 473, 497–498, 500–501; D3/213–217, D3/273, 276, 289, 301, 303
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D398,082 | S | * | 9/1998 | Martz ........................ D30/109 |
| D398,083 | S | * | 9/1998 | Martz ........................ D30/109 |
| D423,147 | S | * | 4/2000 | Farrugia .................... D30/109 |
| D424,248 | S | * | 5/2000 | Sommers ................... D30/109 |
| 6,076,485 | A | * | 6/2000 | Peeples et al. .............. 119/497 |
| D442,748 | S | * | 5/2001 | Farrugia .................... D30/109 |
| D444,271 | S | * | 6/2001 | Farrugia .................... D30/109 |
| D447,667 | S | * | 9/2001 | Schneider et al. ............ D3/289 |
| 6,286,461 | B1 | * | 9/2001 | Martz ........................ 119/497 |
| D481,539 | S | * | 11/2003 | Martz ........................ D3/109 |
| D523,995 | S | * | 6/2006 | Knittle ..................... D30/109 |
| 7,210,426 | B2 | * | 5/2007 | Yeung ....................... 119/497 |
| 2002/0139314 | A1 | * | 10/2002 | Burns et al. ................. 119/497 |
| 2003/0127060 | A1 | * | 7/2003 | Yeung ....................... 119/497 |

* cited by examiner

*Primary Examiner*—Cathy Anne MacCormac
(74) *Attorney, Agent, or Firm*—Martin & Associates, LLP

(57) **CLAIM**

The ornamental design for a pet carrier, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a pet carrier showing our new design;

FIG. **2** is a front view thereof, the person's arm and hand shown in broken lines form no part of the claimed design;

FIG. **3** is a rear view thereof;

FIG. **4** is a left side view thereof;

FIG. **5** is a right side view thereof;

FIG. **6** is a top view thereof; and,

FIG. **7** is a bottom view thereof.

**1 Claim, 7 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4

Case 2:14-cv-02697-MWF-SH   Document 1   Filed 04/09/14   Page 17 of 35   Page ID #:26



FIG. 5



FIG. 6



FIG. 7

# EXHIBIT B

Case 2:14-cv-02697-MWF-SH   Document 1   Filed 04/09/14   Page 21 of 35   Page ID #:30





# EXHIBIT C



Case 2:14-cv-02697-MWF-SH Document 1 Filed 04/09/14 Page 25 of 35 Page ID #:34

‹

See a problem with these advertisements? Let us know                                                    Advertise here

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

| | | |
|---|---|---|
| Southern Agriculture 🏷 | - All Things For All Animals Low Cost Vaccination Clinics | www.southernagriculture.com/ |
| Pet Carrier Sale 🏷 | - Top Rated Pet Carrier. Low Prices, 30% Off, Fast Shipping! | petcarriers.hayneedle.com/ |
| Airline Pet Carriers 🏷 | - Find Airline Approved Pet Carriers at Revival Animal Health - Shop Now | www.revivalanimal.com/PetCarriers |

See a problem with these advertisements? Let us know

## Customer Questions & Answers

See questions and answers

## Customer Reviews

★★★★☆ (105)

4.7 out of 5 stars

| | |
|---|---|
| 5 star | 85 |
| 4 star | 12 |
| 3 star | 4 |
| 2 star | 2 |
| 1 star | 2 |

See all 105 customer reviews›

It is very well made and I love the design.

Amazon Customer

Like I said, my cat is pretty small and the large size fits her perfectly and I think she would be cramped in the small size.

Lisa R.

I also love that the bottom of the carrier can be removed so you can wash the little bed cushion in the inside.

Brittany Castillo

## Most Helpful Customer Reviews

43 of 43 people found the following review helpful

★★★★★ **Well-Constructed! Easy On My Back! SAFE For Them!**
By Amee Rech on October 14, 2013
Color Name: Mineral Blue | Size Name: Large | Amazon Verified Purchase

I'm truly excited about this Seller, and the carrier they so carefully and thoughtfully designed!

I have about a dozen or so rescue cats at any one time and typically use the hard-shell, top-load carriers for vet visits & meet-and-greets. The rigid carriers are getting increasingly difficult to manage with my bad back. What drove me to purchase this Oxgord Comfort Carrier Soft-Sided Pet Carrier were a few different things:

SHOULDER STRAP & HANDLES- I don't think you can see it in the pictures, but there IS a shoulder strap! It clips in the front and back and allows you to take the lions share of the weight off the lower/middle portion of your back and share it with your shoulders which are better designed to help distribute weight throughout our bodies. The strap has a nice cushioned area right where it needs to be when you're carrying a 20# furball in and out of the car! The Carrier handles are very well made and have a secure velcro-binding closure of both handles that makes picking the carrier up easy. And, more importantly, in a way that makes your pet know that you have their situation under control so THEY CAN RELAX!

SMART DESIGN- I REALLY like how the bed has a nice stiff board inserted underneath the fleece in it's very own pocket. The board itself is actually sealed in plastic! Genius?!?! IF your pet was to soil the bed and anything did get through the, what appears to be water-resistant at least, underside of the bed, there will be nothing ruined long-term. It can come out, be wiped clean with cleanser and reinserted into the washed bed! Additionally, under the bed there are TWO heavy-duty velcro strips about 12" long that match their other sides already perfectly positioned inside the main carrier. These strips securely hold the bed in place. Read more ›

3 Comments    Was this review helpful to you?  [ Yes ]  [ No ]

22 of 22 people found the following review helpful

★★★★★ **Awesome product!!**
By Charlene Meshell on October 14, 2013
Color Name: Mineral Blue | Size Name: Large | Amazon Verified Purchase


IAMS
has 50% MORE
animal protein*
[ Shop now ]

Advertisement

## Product Images from Customers



Add a
product
image

See this customer image

## Most Recent Customer Reviews

★★★★★ **Great Carrier**
My family including my baby, Missy our yorki, loves this carrier... It is the perfect fit for her little self.
Read more
Published 21 hours ago by Tunisia E Mitchell

★★★★★ **Great Product**
I mainly got this to take my cat to and from the vet, although I have yet to take him to the vet in this, he

I love this carrier! The full zipper on one side is easier to get my cat in and out and the half zipper on the other side is awesome for just checking on him. I took him to the vet to get a vaccine and naturally he moved to the back of the carrier so the vet unzipped the other side and gave it to him quick. He didn't fuss or anything he was just happy he could stay in his carrier and not be on the cold table. He even loves it so much he sleeps in it when I leave it out. The mesh on top and the sides give it great breathability and visibility, I like that I can see him while he's in it to know he's nice and comfy! Definitely worth the money and cheaper than a lot of ugly carriers that are not as handy, plus I get complemented on it everywhere I go. It was a great buy! Best purchase I've made for my cat.

Comment    Was this review helpful to you?    Yes    No

15 of 15 people found the following review helpful
★★★★★ **This is the one you want!**
By softgreenpuppy on December 11, 2013
Color Name: Mineral Blue    Size Name: Large    Amazon Verified Purchase
Excellent quality and well designed. It has all of this:
+ One deep canvas side pocket with velcro closure for things you don't need to see (e.g. vet records)
+ One large mesh end pocket for water bottle and toys
+ One shallow mesh side pocket for carrying things you want to remember (e.g. medicines from the vet)
+ Two adjustable straps for vehicle seat belt attachment
+ One side zipper peekaboo opening if you need to pet a distressed kitty-cat or toss in a treat or toy.
+ One zippered* end opens completely for full access
+ One zippered* end opens on upper half only to give you more control of your pet if needed
+ The two zippered ends have two way zippers which have belted ends which lock together with a plastic squeeze lock such as what you find on pet collars. No more opening the zipper, kitty-cat!
+ There are fine mesh durable windows on all sides and at the top
+ A top quality quilted fleece bed with bumper sides serves as the top of a pocketed floor (like a pillowcase). The bottom of the "pillowcase" is nylon with two velcro strips which secure it to the carrier's floor. A durable piece of hardboard encased in vinyl sits inside the "pillowcase" for added structure. Fleece bed can be washed.
+ Detachable padded shoulder strap
+ Two hand straps with a padded hand grip
+ Luggage tag
+ Side supports inside are pocketed for removal if one wishes to wash the entire carrier.
+ Classy looking shape
+ Easily holds a 17lb Ocicat, or a 14 lb Russian Blue, or a 10 lb American Shorthair, or whatever you bring it's way (rated to 22 lbs).
Love it!!!

1 Comment    Was this review helpful to you?    Yes    No

7 of 7 people found the following review helpful
★★★★★ **Very nice!!**
By Dot Calcula on October 18, 2013
Color Name: Black    Size Name: Large    Amazon Verified Purchase
It looked good in the pictures and alot like a carrier that I had previously owned, but I was a little cautious since it was so cheap, and free shipping also! Received it today, which I had ordered it last Sunday, and Monday was a holiday.So it came fast! It is a nice carrier. Well made.I am very pleased! I added a picture of my cat in it, who seems really comfy in it. And now napping in it. It's the large size and she is 9 lbs. The current reason that I purchased it for,is for my 8 1/2 lb. dog to fly with me soon.

Comment    Was this review helpful to you?    Yes    No

9 of 10 people found the following review helpful
★★★★★ **Comfy for my cats**
By Someone Who Reads on December 29, 2013
Color Name: Rose Wine    Size Name: Large    Amazon Verified Purchase
I needed a new cat carrier since my old hard body carrier was a little too cramped for my cats. It did come collapsed, which surprised me, but it did stand up with less then a minute of shaping and the color was a little too pastel for my taste, I kind of whish I had gotten the blue instead. I have one fairly "solid cat" she's short but pretty hefty looking and feeling and another cat that's tall and long. Both fit in the carrier nicely, both can stand up (if slightly crouched), and both can turn around in the carrier. Something to consider with cats that are a little fat (like my "solid" one) they will have a little bit of maneuvering to do if you get this carrier, so if you or they're uncomfortable being a little cramped when turning this might not be the carrier for you.

STURDYNESS: The carrier itself seems well made, everything is sewed nicely and with solid materials. I was a little worried about how well the mesh would hold up to my monsters, but I haven't gotten any problems. I had two kittens with lots of energy and enthusiastic claws test it out and I

does like to use it as his own lounging area all day/night.  Read more
Published 2 days ago by Scott K.

★★★★★ **Great Cat Carrier**
I have two cats. One is 11pounds and the other is 15pounds. I only ordered one Large carrier because I wasn't sure my 15pound cat would fit since he is tall and long.  Read more
Published 3 days ago by Tara

★★★★★ **Great Value!!**
Purchased this for my 10 month old kitten. It is a good size for him. Plenty of room and very well constructed.  Read more
Published 4 days ago by Sharon E Johnson

★★★★★ **well-designed**
Our cat is about 7lb and this carrier (large size) is great for her. She has enough room to turn around and curl up but still feels secure and safely enclosed.  Read more
Published 5 days ago by Lisa R.

★★★★★ **MY CHI WANTS TO HANG CURTAINS**
Little Smidgen loves this; I love the features. She's coming with Mommy!!
It's light, airline-accepted by even a regional plane, cool color, love the pockets, mesh isn't too...  Read more
Published 5 days ago by Holly B.

★★★★★ **I love these**
I bought 3 to accommodate my three smaller dogs. Great for taking to the vet or taking on an airplane. Easy to clean. I'm very pleased, but I only had them a few days.
Published 5 days ago by Irene

★★★★★ **Perfect size**
This is the perfect size for our little yorkie-poo. There are a lot of pockets on the outside to hold all of puppy's things.
Published 6 days ago by kl may

★★★★★ **PURRfect price and Purrfect product for our cat**
Well made, lot of thought into the little details. Can't believe the great price. Will fit cats and small dogs.  Read more
Published 6 days ago by A. Rice

★★★★★ **Very cushy accomodations!**
I just received this today so have not used it yet to carry my cat. However, I can see that my 10 pound cat and 13 pound cat would fit comfortably.  Read more
Published 6 days ago by Calla Lilly

**Search Customer Reviews**



☑ Only search this product's reviews

haven't seen a nick at all in the mesh, and they did go at it quite a bit. They also jumped and flattened
it often and the carrier perks up into a standing position when I pick it up and move it back the way I       See
want it. I should mention, when you receive the carrier it comes folded down, all the sides are soft          all
bodied, and there's "wire" going through the arches and a strip of plastic running along the sides to         105
hold its shape. It's not pointy dangerous wire, so much as that stuff you use to get a tent to stand up        •
on its own. It's strong enough to stay open but flexible enough not to be dangerous and to flatten and
store if need be. Read more ›

1 Comment    Was this review helpful to you?   Yes   No
customer reviews (newest first)

Write a customer review

## Feedback

› If you have a question or problem, visit our **Help** pages.

› Would you like to **give feedback on images or tell us** about a **lower price?**

› If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

Your Recently Viewed Items and Featured Recommendations



Loading

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Become an Affiliate | Amazon.com Store Card | Shipping Rates & Policies |
| Press Releases | Advertise Your Products | Shop with Points | Amazon Prime |
| Amazon and Our Planet | Independently Publish with Us | Credit Card Marketplace | Returns & Replacements |
| Amazon in the Community | › See all | Amazon Currency Converter | Manage Your Kindle |
| | | | Help |

## amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Spain  United Kingdom

| 6pm | AbeBooks | AfterSchool.com | Alexa | AmazonFresh | Amazon Local | AmazonSupply | Amazon Web Services |
|---|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Groceries & More Right To Your Door | Great Local Deals in Your City | Business, Industrial & Scientific Supplies | Scalable Cloud Computing Servers |
| Audible | BeautyBar.com | Book Depository | Bookworm.com | Casa.com | CreateSpace | Diapers.com | DPReview |
| Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Books For Children Of All Ages | Kitchen, Storage & Everything Home | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography |
| East Dane | Fabric | IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands |
| Soap.com | TenMarks.com | Vine.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Health, Beauty & Home Essentials | Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use  Privacy Notice  Interest-Based Ads  © 1996-2014, Amazon.com, Inc. or its affiliates

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ Michael W. Fitzgerald _____ and to Magistrate Judge _____ Stephen J. Hillman _____ .

The case number on all documents filed with the Court should read as follows:

## CV14-2697-MWF(SHx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the assigned Magistrate Judge has been designated to hear discovery-related motions.  All discovery-related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

April 9, 2014
Date

By  C. Sawyer
Deputy Clerk

## ATTENTION

*A copy of this Notice must be served on all parties served with the Summons and Complaint (or, in cases removed from state court, on all parties served with the Notice of Removal) by the party who filed the Complaint (or Notice of Removal).*

ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BERGAN, LLC, an Oklahoma Limited Liability Company, <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> <br> OXGORD, INC., a California Corporation <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) |

**CV14-2697** MWF SHx

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Nathaniel L. Dilger
      One LLP
      4000 MacArthur Blvd., East Tower, Suite 500
      Newport Beach, CA 92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4-9-14                         _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ )<br>BERGAN, LLC, an Oklahoma Limited Liability Company | DEFENDANTS ( Check box if you are representing yourself ☐ )<br>OXGORD, INC., a California Corporation |
|---|---|

| (b) County of Residence of First Listed Plaintiff   Delaware County,<br>*(EXCEPT IN U.S. PLAINTIFF CASES)*   OK | County of Residence of First Listed Defendant   Los Angeles<br>*(IN U.S. PLAINTIFF CASES ONLY)* |
|---|---|

| (c) Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information.<br>Nathaniel L. Dilger (Bar No. 196203)<br>Joseph K. Liu (Bar No. 216227)<br>John Tehranian (Bar No. 211616)  See Attachment A | Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   **MONEY DEMANDED IN COMPLAINT:** $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

35 U.S.C. §§ 1 *et seq*

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ-enced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com-modities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 720 Labor/Mgmt. Relations | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 740 Railway Labor Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 751 Family and Medical Leave Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 790 Other Labor Litigation | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 791 Employee Ret. Inc. Security Act | |
| | | | ☐ 448 Education | | |

CV14-2697

**FOR OFFICE USE ONLY:**   Case Number:

CV-71 (11/13)   CIVIL COVER SHEET   Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☒ No<br><br>If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF?<br><br>Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?<br><br>Then check the box below for the county  in which the majority of PLAINTIFFS reside. | |
| ☐ Yes  ☒ No<br><br>If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Los Angeles | ☐ Los Angeles | Western |
| | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A.<br>Los Angeles County | B.<br>Ventura, Santa Barbara, or San Luis Obispo Counties | C.<br>Orange County | D.<br>Riverside or San Bernardino Counties | E.<br>Outside the Central District of California | F.<br>Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **C.1.  Is either of the following true?  If so, check the one that applies:** | **C.2.  Is either of the following true?  If so, check the one that applies:** |
|---|---|
| ☐ 2 or more answers in Column C | ☐ 2 or more answers in Column D |
| ☐ only 1 answer in Column C and no answers in Column D | ☐ only 1 answer in Column D and no answers in Column C |
| Your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question D,  below.<br><br>If none applies, answer question C2 to the right. ➡ | Your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question D,  below.<br><br>If none applies, go to the box below. ⬇ |
| Your case will initially be assigned to the<br>WESTERN DIVISION.<br>Enter "Western" in response to Question D below. ||

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | Western |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court** and dismissed, remanded or closed?  [X] NO  [ ] YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Have any cases been previously filed **in this court** that are related to the present case?  [X] NO  [ ] YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)    [ ]  A. Arise from the same or closely related transactions, happenings, or events; or

[ ]  B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]  C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]  D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____  DATE: April 9, 2014

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

ATTACHMENT A

**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Cassandra L. Wilkinson (OBA #20368) (*pro hac vice*)
     cwilkinson@hjklaw.com
Mark G. Kachigian (OBA #4852) (*pro hac vice*)
     mkachigian@hjklaw.com
Shawn M. Dellegar (OBA #20973) (*pro hac vice*)
     sdellegar@hjklaw.com
Erin E. Stewart (OBA # 31722) (*pro hac vice*)
     estewart@hjklaw.com
**HEAD, JOHNSON & KACHIGIAN, P.C.**
228 West 17th Place
Tulsa, Oklahoma  74119
Telephone:   (918) 587-2000